**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **W&T OFFSHORE, INC.,** | § | **CIVIL ACTION NO.** |
| **Plaintiff,** | § | **4:22-cv-03668** |
| | § | |
| **vs.** | § | **JUDGE CHARLES ESKRIDGE** |
| | § | |
| **YUN YANG,** | § | |
| **Defendant.** | § | |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Quash and Motion for Protective Order on Behalf of Nonparty AAIT and Related Subpoenaed Parties, and the entire record herein, the court makes the following findings:

1. W&T and AAIT have been involved in recent litigation;

2. This sole issue in this case is the narrow question of whether Yun Yang stole W&T data;

3. The discovery sought including every shred of financial information of AAIT for the past five years and every document involving W&T, without any regard to Yang is extremely overbroad for the needs of the case and poses an undue burden.

4. The disproportionality of the discovery is circumstantial evidence of an improper purpose, to harass or prepare claims for other litigation.

ORDERED that the Motion is GRANTED. The Subpoena is hereby quashed, and Nonparty Arumugam is not required to appear for deposition.

SO ORDERED:

Dated: _____, 2023.

_____
United States District Judge